249 F.2d 314
 George W. O'MALLEY, John A. O'Malley, Administrator of the
Estate of George W. O'Malley, Deceased, Appellant,
v.
Julia H. O'CONNOR.
 No. 15834.
 United States Court of Appeals Eighth Circuit.
 Aug. 12, 1957.
 
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellant.
 
 
 2
 William C. Spire, U.S. Atty., and Robert H. Berkshire, Asst. U.S. Atty., Omaha, Neb., for appellant.
 
 
 3
 Paul L. Martin, Omaha, Neb., for appellee.